IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMON TILLMAN, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TEAM CLEAN, INC. *et al.* | : | NO. 25-1704 |

## ORDER

**AND NOW**, this 27th day of February 2026, upon review of Plaintiff's Motion to Remand (Doc. No. 39) and Defendants' Response (Doc. No. 40), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge